*Mr. James W. Bailey* for respondent.

No. 623. PORT OF SEATTLE *v.* FIDELITY & DEPOSIT COMPANY OF MARYLAND. February 5, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Glenn J. Fairbrook* and *George Donworth* for petitioner. *Mr. Loren Grinstead* for respondent.

No. 586. WILLIAMS *v.* ALDREDGE, SHERIFF. February 5, 1940. Petition for writ of certiorari to the Supreme Court of Georgia denied. *Mr. Elbert P. Tuttle* for petitioner. *Mr. A. S. Skelton* for respondent.

No. 594. DUNHAM *v.* OMAHA & COUNCIL BLUFFS STREET RAILWAY Co. February 5, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Harry Cole Bates* for petitioner. *Mr. Joseph M. Hartfield* for respondent.

No. 685. MURPHY *v.* WARDEN OF CLINTON STATE PRISON. February 12, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Joseph G. M. Browne* for petitioner. *Messrs. John J. Bennett, Jr.,* Attorney General of New York, and *Henry Epstein,* Solicitor General, for respondent.